# VOUTÉ, LOHRFINK, MAGRO & McANDREW, LLP

COUNSELORS AT LAW

170 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601-1789

CHARLES D. LOHRFINK, JR.
RICHARD L. MAGRO
JOAN S. LEVIN
HAL ROBERTS*
MARK McANDREW
JOSEPH B. FAILLA◊
LAURA K. SILVERSTEIN
BRIAN D. MEISNER
JOHN R. BRAUNSTEIN
JONATHAN I. WEINSTEIN, M.D.

GAIL A. RUECKEL
Managing Attorney

ELLIOT A. CRISTANTELLO
KEVIN J. MULLINS□
    Of Counsel

TELEPHONE: (914) 946-1400
FACSIMILE:  (914) 946-8024
E-MAIL: vlmmc@vlmmc-law.com
WEBSITE: www.vlmmc-law.com

NEW YORK OFFICE

100 PARK AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE:  (212) 867-9797
FACSIMILE:   (212) 867-5959

ARTHUR J. VOUTÉ, JR.
Of Counsel
Fellow American College
of Trial Lawyers

◊Also Admitted in New Jersey
*Also Admitted in Connecticut
□Also C.P.A. and C.F.P.

September 19, 2012

Judge – Designate
U.S. District Court Clerk's Office
50 Walnut Street
Newark, New Jersey 07102

Attn: Ms. Andrea Walker, Supervisor

Re:  Milchak v. Bloom
     Index No.: 003652/11
     Our File No.: 999-36-20991

**Denied.**

Dear Judge – Designate:

This office represents one of the defendants in the above-referenced civil matter in New York. Plaintiff in that case, Rickie Milchak, was sentenced in your Federal District Court, with Karla Milchak and Chandra Torres, for drug-related convictions on May 3, 1999 (docket number 98-496).

The sentencing judge, the Hon. Maryanne Trump Barry, is no longer a presiding judge at this Court; thus, we respectfully request the case be reassigned to an active District Court Judge so that we may obtain copies of the pre-sentencing reports and transcripts of sentencing through a Court Order.

Additionally, Karla Milchak was sentenced for a subsequent crime on July 26, 2007 with date of offense January 10, 2007 and incarceration on September 6, 2007.

Thank you very much for your attention to this matter.

Very truly yours,

Mark McAndrew

MM/jam

**So Ordered**
this 11th day of Oct 2012
Susan D. Wigenton, U.S.D.J.